# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TRIANGULUM PARTNERS, LLC, A NEW MEXICO LIMITED LIABILITY COMPANY,<br>    Appellant/Cross-Respondent,<br>vs.<br>GALAXY GAMING, INC., A NEVADA CORPORATION; MARK LIPPARELLI; JANICE DESROSIERS, AS EXECUTOR OF THE ESTATE OF NORMAN DESROSIERS; WILLIAM A. ZENDER; AND BRYAN W. WATERS,<br>    Respondents/Cross-Appellants. | No. 82828 <br><br> **FILED** <br><br> NOV 16 2021 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY ___S. Young___ <br> DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Nancy L. Allf, District Judge
       Garman Turner Gordon
       Pisanelli Bice, PLLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-32937